**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1437**

---

PHILLIP M. DUSE,

Plaintiff - Appellant,

versus

WILLIAM S. COHEN, Secretary, Department of
Defense; JANET RENO, Attorney General of the
United States,

Defendants - Appellees,

and

IDA L. CASTRO, Chairwoman, Office of Federal
Operations, EEOC,

Defendant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge. (CA-99-1400-A)

---

Submitted: June 15, 2000          Decided: June 21, 2000

---

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Phillip M. Duse, Appellant Pro Se. Joel Eric Wilson, Special Assistant United States Attorney, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Phillip M. Duse appeals the district court's order denying relief on Duse's complaint alleging defamation and employment discrimination. Duse also appeals the order of the magistrate judge denying his motion to compel disclosure and discovery. We have reviewed the record and the courts' orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Duse v. Cohen, No. CA-99-1400-A (E.D. Va. Mar. 28 & Apr. 7, 2000[*]). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the order of the magistrate judge is marked as "filed" on April 6, 2000, the district court's records show that it was entered on the docket sheet on April 7, 2000. It is the date the order was entered on the docket sheet that we take as the effective date of the court's decision. See Fed. R. Civ. P. 58 and 79(a); Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2